UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20500-CR-GAYLES

UNITED STATES OF AMERICA

v.

NADEGE LEBLANC,

        Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** came before the Court on Defendant Nadege Leblanc's Unopposed Motion for Permission to Travel [ECF No. 28]. After having reviewed the record and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion for Permission to Travel is **GRANTED**. Nadege Leblanc is authorized to travel to New York from December 3, 2025, to December 8, 2025, and shall send a copy of her itinerary to her supervising Pretrial Services Officer prior to her departure.

**DONE AND ORDERED** in Chambers at Miami Florida this 1st day of December 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE